IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

RONALD FRANCIS HENRY,                          *

          Petitioner,                     *

v.                                                              Case No. 3:26-CV-00059-TES-AGH

                                   *

DELVIN PEOPLES,

                                   *

          Respondent.                     *

## J U D G M E N T

Pursuant to this Court's Order dated July 7, 2026, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case.

This 7th day of July, 2026.

                             David W. Bunt, Clerk


                             s/ Angelica E. Niccolai, Deputy Clerk